UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN STROMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-0524 WBS CKD<br><br><br><br>ORDER |

　　　　Plaintiff, proceeding with counsel, has filed a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The motion was referred to the undersigned for resolution. Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1).

　　　　Accordingly, plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is granted.

　　　　Dated: March 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 stroman.ifp.lss