IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN STROMAN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA DEPARTMENT OF<br><br>CORRECTIONS AND REHABILITATION<br><br>OFFICERS RON DAVIS, S. CLEMENT, D. BUNCH, R. FLEMING, and R. QUESADA in their personal/individual and official capacities.<br><br>　　　　　　Defendants. | Case No.: 2:14-CV-00524-WBS-CKD<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE JOINT DISCOVERY PLAN AND CONTINUNACE OF STATUS PRETRIAL SCHEDULING CONFERENCE** |

FOR GOOD CAUSE SHOWN, the court grants the joint request for a twelve week extension of time to file a joint discovery plan and continuance of status pretrial scheduling conference.  The Scheduling Conference is reset for September 29, 2014 at 2:00 p.m.  A Joint Status Report shall be filed no later than September 15, 2014.

Dated:  June 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE