IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN STROMAN, | ) Case No.: 2:14-CV-00524-WBS-CKD |
| | ) |
| Plaintiff, | ) **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE JOINT DISCOVERY PLAN** |
| vs. | ) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION OFFICERS RON DAVIS, S. CLEMENT, D. BUNCH, R. FLEMING, and R. QUESADA in their personal/individual and official capacities. | ) |
| Defendants. | |

   FOR GOOD CAUSE SHOWN, the court grants a one day extension of time to file a joint discovery plan. The joint discovery plan shall be filed on September 16, 2014.

Dated:  September 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE