UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN STROMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-0524 WBS CKD<br><br><br>ORDER |

　　　　Plaintiff's motion for default judgment against defendant S. Clement came on regularly for hearing on January 21, 2015.  Benjamin Williams appeared for plaintiff.  Tiffany Hixson appeared telephonically for defendants Davis and Quesada.  Jonathan Paul appeared for defendant Bunch.  No appearance was made for defendant Clement.  Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

　　　　1. No later than February 4, 2015, plaintiff shall submit evidence in support of the propriety of the service of summons and the amended complaint on defendant S. Clement.  Said evidence may include a supplemental affidavit of the process server setting forth the steps taken to ensure that the address at which substituted service was made is defendant's residential address.

1

1         2.  No later than February 4, 2015, defense counsel Hixson and Paul shall provide to the
2    court the last known address of defendant S. Clement available to defense counsel.
3         3.  No later than February 18, 2015, plaintiff shall submit affidavits and a memorandum of
4    points and authorities in support of the amount of damages claimed for default judgment and shall
5    serve a copy on defendant Clement at his last known address and file a certificate of service.  The
6    matter shall thereafter stand submitted.
7         4.  The Clerk of Court is directed to serve a copy of this order on defendant Clement at
8    2800 Westgate Drive, Madera CA  93637.
9    Dated:  January 22, 2015

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

4 stroman.oah

2