UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN STROMAN, | No. 2:14-cv-0524 WBS CKD |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff's motion for default judgment against defendant S. Clement is pending before the court. Default has not yet been entered against this defendant. On February 17, 2015, defendant Clement filed an answer. Under these circumstances, entry of default judgment is inappropriate.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for default judgment (ECF No. 32) is denied without prejudice.

Dated: February 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 stroman.defjud.den

1