RIVERA & ASSOCIATES

2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Jonathan B. Paul, SBN 215884
Shanan L. Hewitt, SBN 200168
Jill B. Nathan, SBN, 186136

Attorneys for Defendant,
OFFICER D. BUNCH

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN STROMAN | CASE NO. 2:14-cv-00524 WBS CKD |
| Plaintiff, | **STIPULATION and ORDER EXTENDING THE EXPERT WITNESS DISCLOSURE SERVICE DEADLINE** |
| vs. | |
| VALLEY STATE PRISON WARDEN RON DAVIS IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER S. CLEMENT IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER R. FLEMING IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER D. BUNCH IN HIS PERSONAL/INDIVIDUAL CAPACITY, and DOES 1 - 100 | |
| Defendants. | |

**TO THE COURT, TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Benjamin Stroman ("Plaintiff") and Defendants Bunch, Clement, and Davis by an through their undersigned counsel, hereby stipulate as follows:

That good cause exists to extend the expert witness disclosure service deadline by 45 days to June 15, 2015.

Specifically, the parties stipulate that good cause exists to extend the expert witness

disclosure service deadline from the current date of April 30, 2015 as set forth in the September 26, 2014, Status (Pretrial Scheduling) Order (Doc 29) as the parties have only recently had the opportunity to take the deposition of Plaintiff Benjamin Stroman on April 28, 2015.  The delay in the setting and taking of Plaintiff's deposition was the result of multiple factors including delays in obtaining written responses to discovery from Plaintiff; a loss of contact between Plaintiff and his counsel; and, the recent appearance in the matter of defendant Clement on February 17, 2015.  Hence, the parties stipulate that the expert witness disclosure deadline should be continued to June 15, 2015.

**IT IS SO STIPULATED.**

Dated: April 29, 2015        RIVERA & ASSOCIATES

/s/ Jonathan B. Paul

JONATHAN B. PAUL
Attorney for Defendant Bunch

Dated: April 29, 2015        LAW OFFICES OF BENJAMIN A. WILLIAMS

/s/ Benjamin A. Williams (As Authorized of Today)

Benjamin A. Williams, Esq.
Attorney for Plaintiff

Dated: April 29, 2015        LAW OFFICES OF STEVEN A. GERINGER

/s/ Steven A. Geringer (As Authorized of Today)

Steven A. Geringer, Esq.
Attorney for Defendant Clement

Dated: April 29, 2015        CALIFORNIA OFFICE OF ATTORNEY GENERAL

/s/Tiffany Hixson (As Authorized of Today)

Tiffany Hixson
Attorney for Defendants R. Davis

**[PROPOSED] ORDER**

Having reviewed the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the expert witness disclosure service deadline is amended from April 30, 2015 to June 15, 2015.

**IT IS SO ORDERED.**

Dated: May 1, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE