RIVERA & ASSOCIATES

2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Jonathan B. Paul, SBN 215884
Shanan L. Hewitt, SBN 200168
Jill B. Nathan, SBN, 186136
Jamil Ghannam, SBN 300730

Attorneys for Defendant,
OFFICER D. BUNCH

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN STROMAN, <br><br> Plaintiff, <br><br> vs. <br><br> VALLEY STATE PRISON WARDEN RON DAVIS IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER S. CLEMENT IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER R. FLEMING IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER D. BUNCH IN HIS PERSONAL/INDIVIDUAL CAPACITY, and DOES 1 - 100 <br><br> Defendants. | CASE NO. 2:14-cv-00524 WBS CKD <br><br> **STIPULATION and [PROPOSED] ORDER REGARDING DEPOSITION OF INMATE WITNESS DARRYL GEYER** |

**TO THE COURT, TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Benjamin Stroman ("Plaintiff") and Defendants Bunch, Clement, and Davis by and through their undersigned counsel, hereby stipulate as follows:

That good cause exists to depose incarcerated witnesses Darryl Geyer.

Specifically, the parties stipulate that good cause exists to depose the aforementioned

1  inmate witness who was identified during the course of plaintiff's deposition on April 28, 2015
2  as having not only witnessed the incident of March 10, 2013 at issue in this case, but who also
3  has authored writings and has provided recorded statements regarding the incident.
4        Hence, the parties stipulate that it is necessary to take the depositions of incarcerated
5  prisoner Darryl Geyer, CDC# P-57424 on June 16, 2015 at 9:00 a.m. at Valley State Prison in
6  Chowchilla, California, pursuant to F.R.C.P. 30(a)(2)(B).
7        **IT IS SO STIPULATED.**

9  Dated: May 21, 2015            RIVERA & ASSOCIATES

10                                /s/ *Jonathan B. Paul*

11                                _____
                                  Jonathan B. Paul, Esq.
                                  Attorney for Defendant Bunch
12

13  Dated: May 22, 2015            LAW OFFICES OF BENJAMIN A. WILLIAMS

14                                /s/ *Benjamin A. Williams* (as authorized on 5/22/15)

15                                _____
                                  Benjamin A. Williams, Esq.
                                  Attorney for Plaintiff
16

17  Dated: May 21, 2015            LAW OFFICES OF STEVEN A. GERINGER

18                                /s/ *Steven A. Geringer* (as authorized on 5/21/15)

19                                _____
                                  Steven A. Geringer, Esq.
                                  Attorney for Defendant Clement
20

21  Dated: May 21, 2015            CALIFORNIA OFFICE OF ATTORNEY GENERAL

22
                                  /s/ *Tiffany Hixson* (as authorized on 5/21/15)
23                                _____
                                  Tiffany Hixson, Esq.
24                                Attorney for Defendants R. Davis

25  / / /
26  / / /
27  / / /
28  / / /

**[~~PROPOSED~~] ORDER**

Having reviewed the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the parties are permitted to take the deposition of inmate witnesses Darryl Geyer at Valley State Prison, Chowchilla, California or any other California Department of Correction institution to which he may be transferred.

**IT IS SO ORDERED.**

Dated: May 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE