UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN STROMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>VALLEY STATE PRISON WARDEN RON DAVIS IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER S. CLEMENT IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER R. FLEMING IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER D. BUNCH IN HIS PERSONAL/INDIVIDUAL CAPACITY, and DOES 1-100.<br><br>    Defendants. | Case No. 2:14-CV-00524 WBS CKD<br><br>**COURT ORDER** |

    FOR GOOD CAUSE SHOWN, and pursuant to stipulation between counsel for Plaintiff, and Counsel for Defendant, Warden Ron Davis, the court grants the Plaintiff's request to dismiss Defendant, Warden Ron Davis as a defendant in the above captioned matter.

Dated:  June 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE