UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BENJAMIN STROMAN, | CIV. NO. 2:14-00524 WBS CKD |
| Plaintiff, | ORDER |
| v. | |
| VALLEY STATE PRISON WARDEN RON DAVIS IN HIS PERSONAL/INDIVIDUAL CAPACITY, et al., | |
| Defendants. | |

----oo0oo----

Defendant S. Clement was instructed that his presence was required at the August 10, 2015 hearing on his attorney Steven Geringer's motion to withdraw as counsel. Defendant failed to appear, and the court was unable to hear the motion in his absence.

The hearing on defendant's counsel's motion to withdraw is therefore reset for August 31, 2015 at 2:00 p.m. in courtroom 5. Defendant S. Clement is hereby ORDERED to appear personally

1

1 at the hearing at that time or risk the possibility of sanctions.
2 Defendant's counsel shall serve a copy of this Order on defendant
3 and provide the court with proof of service.
4 Dated:  August 12, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE