UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BENJAMIN STROMAN, | CIV. NO. 2:14-00524 WBS CKD |
| Plaintiff, | ORDER |
| v. | |
| VALLEY STATE PRISON WARDEN RON DAVIS IN HIS PERSONAL/INDIVIDUAL CAPACITY, et al., | |
| Defendants. | |

----oo0oo----

Steven Geringer, attorney for defendant Steven Clement, moved to withdraw as counsel on the ground that his client is unable to afford legal fees. Due to the severity of the allegations and the difficulties presented to all concerned if Mr. Clement were to be compelled to represent himself pro se, the court declines to permit Mr. Geringer to withdraw at this late stage of the proceedings.

1

1              IT IS THEREFORE ORDERED that the motion to withdraw is
2    DENIED.  Mr. Geringer is encouraged to seek to find substitute
3    counsel willing to take the matter pro bono.  The court will also
4    attempt to find a substitute attorney through its pro bono panel,
5    but can make no assurances one will be found.  Unless and until a
6    substitution of counsel is filed and approved, Mr. Geringer shall
7    continue to represent his client in this matter.
8    Dated:  August 31, 2015

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2