UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| BENJAMIN STROMAN, | CIV. NO. 2:14-524 WBS CKD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| VALLEY STATE PRISON WARDEN RON DAVIS IN HIS PERSONAL/INDIVIDUAL CAPACITY, et al., | |
| Defendants. | |

----oo0oo----

On October 21, 2015, Darryl Geyer, an incarcerated witness who was subpoenaed to testify at trial by the defendant, filed a motion to testify via video conference. (Docket No. 75.) Mr. Geyer states that being transported to Sacramento for trial would result in an undue personal hardship and inhibit his ability to become parole suitable. The parties shall file a response to the motion no later than ten court days from the file-stamped date of this Order. The court will then take the

1

matter under submission without oral argument pursuant to Eastern District Local Rule 78-230(h).

IT IS SO ORDERED.

Dated: November 2, 2015

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE