1 | RIVERA & ASSOCIATES
2 | 2180 Harvard Street, Suite 310
Sacramento, California 95815
3 | Tel: 916-922-1200
Fax: 916 922-1303
4 |
5 | Jesse M. Rivera, SBN 84259
Jonathan B. Paul, SBN 215884
6 | Attorneys for Defendant,
DANIEL BUNCH

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN STROMAN, ) | CASE NO. 2:14-cv-00524 WBS CKD |
| Plaintiff,    vs. ) | [~~PROPOSED~~] STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)] |
| VALLEY STATE PRISON WARDEN RON DAVIS IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER S. CLEMENT IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER R. FLEMING IN HIS PERSONAL/INDIVIDUAL CAPACITY, CDCR CORRECTIONS OFFICER D. BUNCH IN HIS PERSONAL/INDIVIDUAL CAPACITY, and DOES 1 - 100 ) Defendants. ) | |

It is hereby stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Plaintiff BENJAMIN STROMAN, represented by and through his attorneys of record, Jesse Ortiz, III, Esq. and Benjamin A. Williams, Esq., Defendant DANIEL BUNCH, by and through his attorney of record, Jonathan B. Paul, Esq., and Defendant STEVEN CLEMENT by and through his attorney of record Steven A. Geringer, Esq. that the entire action is dismissed with prejudice forthwith.  Each side is to bear their own attorney's fees.

Dated: December  7 , 2015						JESSE ORTIZ LAW

								/s/ *Jesse Ortiz, III*
								(As authorized on December 7, 2015)
								_____
								Jesse Ortiz, III, Esq.
								Attorney for Plaintiff Benjamin Stroman

Dated: November  24 , 2015					LAW OFFICES OF BENJAMIN WILLIAMS

								/s/ *Benjamin A. Williams*
								(As authorized on November 24, 2015)
								_____
								Benjamin A. Williams, Esq.
								Attorney for Plaintiff Benjamin Stroman

Dated: December  7 , 2015						RIVERA & ASSOCIATES

								/s/ *Jonathan B. Paul*
								_____
								Jonathan B. Paul, Esq.
								Attorney for Defendant Daniel Bunch

Dated: November  11 , 2015					LAW OFFICES OF STEVEN A. GERINGER

								/s/ *Steven A. Geringer*
								(As authorized on November 11, 2015)
								_____
								Steven A. Geringer, Esq.
								Attorney for Defendant Steven Clement

**IT IS SO ORDERED.**

Dated:  December 7, 2015				Prejudice [FRCP 41(A)(1)(A)(II)]

								_____
								WILLIAM B. SHUBB
								UNITED STATES DISTRICT JUDGE